UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                    §
                                          §
MARSCHALL, BERNHARD                       §    Case No. 11-43579
                                          §
           Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE COURT
      219 South Dearborn
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom 201,
      United States Courthouse
      57 North Ottawa Street
      Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2012          By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
MARSCHALL, BERNHARD                §      Case No. 11-43579
                                   §
           Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,984.80 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,984.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,348.48 | $ 0.00 | $ 1,348.48 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 8.25 | $ 0.00 | $ 8.25 |

Total to be paid for chapter 7 administrative expenses     $     1,356.73
Remaining Balance                                          $     4,628.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,485.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA) NA by American InfoSource L | $ 2,560.25 | $ 0.00 | $ 878.63 |
| 000002 | Green Tree Servicing LLC | $ 10,468.04 | $ 0.00 | $ 3,592.43 |
| 000003 | Mendota Community Hospital | $ 457.50 | $ 0.00 | $ 157.01 |

Total to be paid to timely general unsecured creditors     $ 4,628.07

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-43579-BWB
Bernhard Marschall Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: dgomez      Page 1 of 2      Date Rcvd: Jun 22, 2012
                     Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2012.
```
db           +Bernhard Marschall,    903 4th Avenue,    Mendota, IL 61342-1707
17977153      Bank of America,    PO Box 941633,    Simi Valley, CA 93094-1633
17977154     +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
17977155      Credit Acceptance Corp.,    Silver Triangle Bldg.,    2502 W. Twelve Mile Rd. Ste. 3000,
               Southfield, MI 48034-8339
17977158     +Direct TV,    1360 Old Skokie Rd.,    Highland Park, IL 60035-3015
17977159     +FAMS,    PO Box 451409,    Atlanta, GA 31145-9409
17977161     +H&R Accounting,    7017 John Deere Parkway,    Moline, IL 61265-8072
17977162     +Hospital Radiology Service,    8 West US Highway 6,    Peru, IL 61354-2943
17977163    ##+Mendota Community Hospital,    1315 Memorial Drive,    Mendota, IL 61342-1496
17977164    ##+Mendota Hospital,    1315 Memorial Drive,    Mendota, IL 61342-1496
17977165      Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
17977166     +Rockford Assoc. Clinical,    Pathologists, Inc.,    PO Box 71082,    Chicago, IL 60694-1082
17977167      Rockford Gastro. Assoc. LTD.,    Rockford Eudoscopy Center,    401 Roxbury Road,
               Rockford, IL 61107-5075
17977169      Swedish American Hospital,    PO Box 310283,    Des Moines, IA 50331-0283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18255037      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 23:35:26
               Capital One Bank (USA) NA by American InfoSource L,    PO Box 248839,
               Oklahoma City, OK  73124-8839
17977156     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 22 2012 19:23:25
               Credit Collection Service,    Two Wells Ave.,    Newton Center, MA 02459-3246
17977157     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 22 2012 19:23:25
               Credit Collection Service,    Two Wells Avenue,    Newton Center, MA 02459-3246
17977160     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 23:37:58      Green Tree Servicing LLC,
               7360 Kyrene Rd. T-120,    Tempe AZ 85283-8432
18662675     +E-mail/Text: bankruptcy@hraccounts.com Jun 22 2012 19:22:15      Mendota Community Hospital,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
17977168      E-mail/Text: mmrgbk@miramedrg.com Jun 22 2012 19:25:22      Rockford Hospital Physicians,
               C/O Mira Med Revenue Group,    Dept. 77304 PO Box 77000,    Detroit, MI 48277-0304
                                                                                             TOTAL: 6
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2012 at the address(es) listed below:
        Bradley S Covey    on behalf of Debtor Bernhard Marschall bcovey@springerbrown.com,
         sellis@springerbrown.com;sellis.springerbrown@gmail.com;bradley.covey@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
         pmetrou@ecf.epiqsystems.com
                                                                                                TOTAL: 3