UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
MARSCHALL, BERNHARD                     §    Case No. 11-43579
                                        §
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 941633 Simi Valley, CA 93094-1633 | | | | | |
| | Credit Acceptance Corp. Silver Triangle Bldg. 2502 W. Twelve Mile Rd. Ste. 3000 Southfield, MI 48034-8339 | | | | | |
| | Credit Collection Service Two Wells Ave. Newton Center, MA 02459 | | | | | |
| | Direct TV 1360 Old Skokie Rd. Highland Park, IL | | | | | |
| | Green Tree Servicing PO Box 6172 Rapid City, SD 57709-6172 | | | | | |
| | Hospital Radiology Service 8 West US Highway 6 Peru, IL 61354 | | | | | |
| | Mendota Community Hospital 1315 Memorial Drive Mendota, IL 61342 | | | | | |
| | Mendota Hospital 1315 Memorial Drive Mendota, IL 61342 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Quest Diagnastics PO Box 809403 Chicago, IL 60680-9403 |  |  |  |  |  |
|  | Rockford Assoc. Clinical Pathologists, Inc. PO Box 71082 Chicago, IL 60694 |  |  |  |  |  |
|  | Rockford Gastro. Assoc. LTD. Rockford Eudoscopy Center 401 Roxbury Road Rockford, IL 61107-5075 |  |  |  |  |  |
|  | Rockford Hospital Physicians C/O Mira Med Revenue Group Dept. 77304 PO Box 77000 Detroit, MI 48277-0304 |  |  |  |  |  |
|  | Swedish American Hospital PO Box 310283 Des Moines, IA 50331-0283 |  |  |  |  |  |
| 000001 | CAPITAL ONE BANK (USA) NA BY AMERIC |  |  |  |  |  |
| 000002 | GREEN TREE SERVICING LLC |  |  |  |  |  |
| 000003 | MENDOTA COMMUNITY HOSPITAL |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-43579 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MARSCHALL, BERNHARD | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | 341(a) Meeting Date: | 11/21/11 |
| For Period Ending: | 10/16/12 | | | Claims Bar Date: | 02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. checking w/Chase (1110031240305) | 34.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Deposit W/Amber Sangroth (Landlord) | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Deposit w/City of Mendota | 125.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Misc. household goods & furnshings | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 4 different firearms | 925.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Whole Life Insurance W/Western Southern Life #43 | 5,915.00 | 5,984.78 | | 5,984.78 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Term Life W/Western Southern Life #43944561/Spli | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. 401K | 7,319.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 401K | 2,376.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 2004 Dodge Neon (96,000 Miles) | 3,815.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-43579 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | MARSCHALL, BERNHARD | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | 341(a) Meeting Date: | 11/21/11 |
| | | | | Claims Bar Date: | 02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $23,719.00 | $5,984.78 | | $5,984.80 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-43579 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MARSCHALL, BERNHARD | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******9865  Money Market Account |
| Taxpayer ID No: | *******4432 |  |  |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $     0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/09/12 | 8 | Bernhard Marchall<br>1219 Monroe Street<br>Mendota, IL  61342 | Proceeds from liquidation if whole life insurance policy.<br>DEPOSIT CHECK #1237 | 1129-000 | 5,984.78 |  | 5,984.78 |
| 01/27/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.02 |  | 5,984.80 |
| 01/27/12 |  | Transfer to Acct #*******4083 | Bank Funds Transfer | 9999-000 |  | 5,984.80 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,984.80 | 5,984.80 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,984.80 | |
| Subtotal | | 5,984.80 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,984.80 | 0.00 | |

Page Subtotals     5,984.80     5,984.80

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-43579 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MARSCHALL, BERNHARD | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4083 Checking Account |
| Taxpayer ID No: | *******4432 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $  0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******9865 | Bank Funds Transfer | 9999-000 | 5,984.80 | | 5,984.80 |
| 07/30/12 | 001001 | PETER N METROU | Chapter 7 Compensation/Expense | | | 1,356.73 | 4,628.07 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL 60543 | | | | | |
| | | | Fees      1,348.48 | 2100-000 | | | |
| | | | Expenses     8.25 | 2200-000 | | | |
| 07/30/12 | 001002 | Capital One Bank (USA) NA by American | Claim 000001, Payment 34.31813% | 7100-000 | | 878.63 | 3,749.44 |
| | | InfoSource L | | | | | |
| | | PO Box 248839 | | | | | |
| | | Oklahoma City, OK 73124-8839 | | | | | |
| 07/30/12 | 001003 | Green Tree Servicing LLC | Claim 000002, Payment 34.31808% | 7100-000 | | 3,592.43 | 157.01 |
| | | 7360 Kyrene Rd. T-120 | | | | | |
| | | Tempe AZ 85283 | | | | | |
| 07/30/12 | 001004 | Mendota Community Hospital | Claim 000003, Payment 34.31913% | 7100-000 | | 157.01 | 0.00 |
| | | C/O H and R Accounts Inc | | | | | |
| | | PO Box 672 | | | | | |
| | | Moline, IL 61265 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,984.80 | 5,984.80 | 0.00 |
| Less:  Bank Transfers/CD's | | 5,984.80 | 0.00 | |
| Subtotal | | 0.00 | 5,984.80 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 5,984.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9865 | 5,984.80 | 0.00 | 0.00 |
| Checking Account - ********4083 | 0.00 | 5,984.80 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| Page Subtotals | 5,984.80 | 5,984.80 | |

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 11-43579 -BWB |
| Case Name: | MARSCHALL, BERNHARD |
| Taxpayer ID No: | *******4432 |
| For Period Ending: | 10/16/12 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4083  Checking Account |
| Blanket Bond (per case limit): | $       0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 5,984.80 | 5,984.80 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*